IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KATHY MARTIN,

    Plaintiff,

vs.                                      CASE NO. 3:09cv508/LAC/MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 24, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The decision of the Commissioner is REVERSED and the Commissioner shall compute and pay disability benefits to Ms. Martin under her application of May

8, 2007, judgment is entered in favor of plaintiff pursuant to sentence four of 42 U.S.C. § 405(g), and the clerk is directed to close the file.

**DONE AND ORDERED this 3rd day of January, 2011.**

　　　　　　　　　　　　　　　　*s/L.A. Collier*
　　　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**