IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KATHY MARTIN,**
    Plaintiff,

v.                                                                          3:09cv508/LAC/MD

**MICHAEL J ASTRUE,**
**Commissioner of Social Security,**
    Defendant.
_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 9, 2011.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The application for attorney fees under the Equal Access to Justice Act (doc. 36) is granted in the amount of $2723.35, and the Commissioner is ordered to pay that amount to plaintiff's counsel.

    3.    The unopposed motion for attorney fees under Title 42 U.S.C. § 406(b) (doc. 38) is granted in full.

    3.    The Commissioner is ordered to disburse the sum of $13,205.00 to plaintiff's counsel, John M. Pennington, Esq., as reasonable attorney fees under Title

42 U.S.C. § 406(b).

4. Upon receipt of both sums from the Commissioner, plaintiff's counsel is ordered to refund the Equal Access to Justice Act fees directly to plaintiff.

DONE AND ORDERED this 9th day of June, 2011.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**